UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   WILLIAM JAMES GROSS                              CASE NO. 20-10509
   GRACE CORUM GROSS                              JUDGE BENJAMIN A. KAHN
   640 SALEM CHURCH ROAD
   REIDSVILLE, NC  27320

       DEBTORS

SSN(1) XXX-XX-8412     SSN(2) XXX-XX-2432      DATE: 01/28/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLY BANK<br>DBA ALLY FINANCIAL<br>ATTN OFFICER<br>200 W CIVIC CENTRE DR<br>SANDY, UT  84070 | $0.00<br>INT: .00%<br>NAME ID: 178665<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $673.21<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 2910<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $4,067.23<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 5796<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,240.34<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 0408<br>COMMENT:  WALMART |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $2,741.07<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 2231<br>COMMENT: |
| CARMAX AUTO FINANCE<br>ATTN OFFICER<br>225 CHASTAIN MEADOWS CT<br>KENNESAW, GA  30144 | $19,844.93<br>INT: 5.25%<br>NAME ID: 182448<br>CLAIM #:  0008 | (V) VEHICLE-SECURED<br><br>ACCT: 9415<br>COMMENT: 15GMC |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CONSUMER FINANCIAL SVCS INC<br>P O BOX 911<br>EDEN, NC  27289 | $0.00<br>INT:  .00%<br>NAME ID: 29745<br>CLAIM #:  0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT ONE BANK<br>P O BOX 98873<br>LAS VEGAS, NV  89193 | $0.00<br>INT:  .00%<br>NAME ID: 44483<br>CLAIM #:  0025 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST NATIONAL CREDIT CARD<br>P O BOX 5097<br>SIOUX FALLS, SD  57117-5097 | $0.00<br>INT:  .00%<br>NAME ID: 11915<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1750<br>COMMENT: |
| GREAT LAKES<br>% DEPT OF EDUCATION<br>830 FIRST ST NE<br>WASHINGTON, DC  20202 | $0.00<br>INT:  .00%<br>NAME ID: 158586<br>CLAIM #:  0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO RADIOLOGY<br>1331 N ELM ST STE 200<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 149128<br>CLAIM #:  0030 | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8412<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $6,400.64<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0033 | (U) UNSECURED<br><br>ACCT: 0074<br>COMMENT: 920TFCL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $11,819.95<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 9512<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,029.10<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 0711<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,527.01<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0022 | (U) UNSECURED<br><br>ACCT: 2619<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,352.63<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0023 | (U) UNSECURED<br><br>ACCT: 1852<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,397.26<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0024 | (U) UNSECURED<br><br>ACCT: 5395<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $1,214.94<br>INT:  .00%<br>NAME ID: 177774<br>CLAIM #:  0032 | (U) UNSECURED<br><br>ACCT: 2526<br>COMMENT: |
| MISSION LANE TAB BANK<br>P O BOX 31535<br>TAMPA, FL  33631 | $0.00<br>INT:  .00%<br>NAME ID: 182451<br>CLAIM #:  0031 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0794<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8412<br>COMMENT: |
| NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | MONTHLY PMT  $1,443.59<br>INT:  .00%<br>NAME ID: 167975<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 1812<br>COMMENT:  DT RERP,CTD EFF SEPT20 |
| NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | $2,887.18<br>INT:  .00%<br>NAME ID: 167975<br>CLAIM #:  0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 1812<br>COMMENT:  ARR JUL THRU AUG20 |
| NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | $5,410.68<br>INT:  .00%<br>NAME ID: 167975<br>CLAIM #:  0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 1812<br>COMMENT:  ARR THRU JUN20 |
| NATIONSTAR MORTGAGE LLC DBA<br>MR COOPER<br>P O BOX 619094<br>DALLAS, TX  75261 | $450.00<br>INT:  .00%<br>NAME ID: 167975<br>CLAIM #:  0040 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 1812<br>COMMENT:  POST PET FEE |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,236.71<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0036 | (U) UNSECURED<br><br>ACCT: 4820<br>COMMENT:  LOWES |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,231.53<br>INT:  .00%<br>NAME ID: 159089<br>CLAIM #:  0027 | (U) UNSECURED<br><br>ACCT: 7365<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,090.01<br>INT:  .00%<br>NAME ID: 159089<br>CLAIM #:  0028 | (U) UNSECURED<br><br>ACCT: 3557<br>COMMENT: |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR GENESIS FS CARD<br>SERVICES INC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $572.92<br>INT:  .00%<br>NAME ID: 181079<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 9405<br>COMMENT: |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT:  .00%<br>NAME ID: 174473<br>CLAIM #:  0039 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $5,692.50<br>INT: 5.25%<br>NAME ID: 45498<br>CLAIM #: 0009 | (V) VEHICLE-SECURED<br><br>ACCT: 9066<br>COMMENT: 13HYUN |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $1,596.15<br>INT: .00%<br>NAME ID: 45498<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 9066<br>COMMENT: SPLIT |
| SANTANDER CONSUMER USA<br>ATTN BANKRUPTCY DEPT<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $0.00<br>INT: .00%<br>NAME ID: 172078<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATEBRIDGE COMPANY LLC<br>6061 S WILLOW DR STE 300<br>ENGLEWOOD, CO  80111-5151 | $0.00<br>INT: .00%<br>NAME ID: 182449<br>CLAIM #: 0007 | (S) SECURED<br>NOT FILED<br>ACCT: 9162<br>COMMENT: OC |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,286.97<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0035 | (U) UNSECURED<br><br>ACCT: 6314<br>COMMENT: |
| TD AUTO FINANCE LLC<br>ATTN OFFICER/MANAGING AGENT<br>27777 INKSTER RD<br>FARMINGTON, MI  48334 | $0.00<br>INT: .00%<br>NAME ID: 171825<br>CLAIM #: 0037 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WAKE FOREST UNIVERSITY HEALTH SVCS<br>P O BOX 120153<br>GRAND RAPIDS, MI  49528 | $0.00<br>INT: .00%<br>NAME ID: 156542<br>CLAIM #: 0038 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$76,258.55** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/28/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice